UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AUGUSTO TINEO HERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-2898-CAB-GC<br><br>**ORDER:**<br>**(1) PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 2]** |

Petitioner Carlos Augusto Tineo Hernandez has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and a motion for a temporary restraining order, [Doc. No. 2 ("TRO")].  Petitioner alleges that he entered the United States without inspection on March 5, 2024, was detained by immigration authorities, and then released on his own recognizance.  [*Id.* at 3.]  He was recently re-detained on May 7, 2026, leading to this Petition.  [*Id.* at 4.]

///

///

///

///

1

Respondents acknowledge that Petitioner was previously released on conditional parole under 8 U.S.C. § 1226(a), but counter that he repeatedly violated the conditions of his release[1] and was therefore properly re-detained.  [Doc. No. 6 at 3.]  Respondents "aver that the appropriate remedy is a bond hearing pursuant to 8 U.S.C. § 1226(a)[.]"  [*Id.* at 4.]

The Court thus **PARTIALLY GRANTS** the Petition and **ORDERS** that within 14 days of this Order, unless Petitioner Carlos Augusto Tineo Hernandez requests a continuance, the government is ordered to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations.  If requested by Petitioner, Respondents shall assist him in obtaining the audio recording of the bond hearing.

The Court **DENIES AS MOOT** the motion for a TRO.  [Doc. No. 2.]

The Clerk of the Court shall close the case on **June 17, 2026** unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated: May 28, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] Given these undisputed violations, Petitioner's request for immediate release is unwarranted.  *See* 8 U.S.C. § 1226(b) ("The Attorney General at any time may revoke a bond or parole authorized under [8 U.S.C. § 1226(a).]"); 8 C.F.R. § 1236.1(c)(9) ("When an alien who, having been arrested and taken into custody, has been released, such release may be revoked at any time[.]"); 8 C.F.R. § 1003.19.